NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HARRY MARTIN WALSH,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D19-1027
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Thomas Krug,
Judge.

PER CURIAM.

        Affirmed.  See Butler v. State, 838 So. 2d 554 (Fla. 2003); State v. Ayers,

901 So. 2d 942 (Fla. 2d DCA 2005).


SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.